No. 75–735. PANDILIDIS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. MR. JUSTICE WHITE would grant certiorari.

No. 75–737. ARKANSAS LOUISIANA GAS CO. *v.* FEDERAL POWER COMMISSION ET AL. C. A. D. C. Cir. Certiorari denied. MR. JUSTICE POWELL took no part in the consideration or decision of this petition.

No. 75–769. BUREAU OF REVENUE OF NEW MEXICO *v.* Fox. Sup. Ct. N. M. Certiorari denied for failure to file petition within the time provided by 28 U. S. C. § 2101 (c). Reported below: See 87 N. M. 261, 531 P. 2d 1234.

No. 75–884. RIPON SOCIETY, INC., ET AL. *v.* NATIONAL REPUBLICAN PARTY ET AL.; and

No. 75–991. NATIONAL REPUBLICAN PARTY ET AL. *v.* RIPON SOCIETY, INC., ET AL. C. A. D. C. Cir. Motion of Senator Edward W. Brooke et al. for leave to file a brief as *amici curiae* in No. 75–884 granted. Certiorari denied. Reported below: 173 U. S. App. D. C. 350, 525 F. 2d 567.